O'Neil BRADFORD; et al.,
Plaintiffs–Appellants,

v.

Marilyn Keith BERGMAN; et al., Defendants–Appellees,

and

Kevin Kipper T. Jones, dba Human Rhythm Music, Young Legend Songs, Pecot Music Company, Kipteez Music, Keith Nunnaly, Alamo Music Corporation, Avatar Music Group, Defendant.

No. 01–56215.
D.C. No. CV–01–00736–R.

United States Court of Appeals,
Ninth Circuit.

May 13, 2002 *.

Decided May 29, 2002.

Before FERNANDEZ, WARDLAW, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

O'Neil Bradford and Earnest D. Moore appeal pro se the district court's order

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

dismissing their copyright infringement action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6), *Stone v. Travelers Corp.*, 58 F.3d 434, 436–37 (9th Cir.1995), and we affirm.

Appellants' contention that the district court erred by dismissing their action because they are entitled to relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(3) lacks merit. Accordingly, we affirm the district court's judgment dismissing the action.

Appellants' remaining contentions lack merit.

We deny appellants' motion for oral argument filed September 27, 2001.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.